158 A.3d 79

Sherrilyn D. WASHINGTON, Respondent

v.

Harry HAMILTON, Petitioner

No. 304 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.